**MARTIN & MARTIN, LLP**
Areva D. Martin, Esq. (SBN# 131397)
AMartin@martin-martin.net
Donna M. Maryanski, Esq. (SBN# 144996)
dmaryanski@martin-martin.net
Eileen Darroll, Esq. (SBN# 136998)
edarroll@martin-martin.net
3530 Wilshire Boulevard, Suite 1650
Los Angeles, California 90010
Telephone:  (213) 388-4747
Facsimile:   (213) 388-6655

Attorneys for Defendants County of Los Angeles,
Mark Ridley-Thomas and Philip L. Browning

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY STARR WATKINS,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MARK-RIDLEY THOMAS, et al.,<br><br>                    Defendants. | **CASE NO.: 2:10-cv-8180-JHN-FMOx**<br><br>(Assigned to the Hon. Jacqueline H. Nguyen)<br><br>**JUDGMENT**<br><br>Date:          September 2, 2011<br>Time:          2:00 p.m.<br>Courtroom: 790 |

The Court, having granted the County of Los Angeles' Motion for Summary Judgment and having determined that the County of Los Angeles is entitled to judgment in this matter, hereby orders as follows:

IT IS ORDERED AND ADJUDGED that the plaintiff takes nothing, that the action be dismissed on the merits, with prejudice, and that defendant the County of Los Angeles recover its costs from Plaintiff Kimberly Starr Watkins.


Dated: September 08, 2011                    _____

                                                    United States District Judge

JUDGMENT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.  On September 8, 2011, I served a true copy of:

**JUDGMENT**.

[ ]   by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5 (b);

**[X]**   by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: Kimberly S. Watkins, 6824 La Tijera Blvd., #235, Los Angeles, CA 90045, (310) 673-4704.

Place of Mailing: 3530 Wilshire Boulevard, Suite 1650, Los Angeles, California 90010.

**[X]**   by electronically serving the documents to the following:
starrnyota@yahoo.com

Executed on September 8, 2011 at Los Angeles, California

[ ]   I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

**[X]**   I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[ ]   I hereby certify under the penalty of perjury that the foregoing is true and correct.


_____

**Marie Rodriguez**